UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONAS DAVID SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV06-844RSL<br><br>ORDER |

This matter comes before the Court on Petitioner Smith's "Request for Clarification of Magistrate's Report and Court's Authority" (Dkt. #26) and "Motion to Take A Judicial Notice of Law of the Case" (Dkt. #25).  Both motions are DENIED.

DATED this 22nd day of January, 2007.

                    /s/ Robert S. Lasnik
                    Robert S. Lasnik
                    United States District Judge

ORDER-1