UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONAS DAVID SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV06-844RSL<br><br>ORDER |

  This matter comes before the Court on Petitioner Smith's "Motion for Enlargement of Pages" (Dkt. #28). The motion is GRANTED.

  DATED this 22nd day of January, 2007.

               /s/ Robert S. Lasnik
               Robert S. Lasnik
               United States District Judge

ORDER-1