UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONAS DAVID SMITH, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO.   C06-844-RSL-MJB <br> (CR03-370-RSL) <br><br> ORDER DENYING MOTION <br> UNDER 28 U.S.C. § 2255 |

The Court, having reviewed petitioner's § 2255 motion, petitioner's motion to compel, petitioner's request for rulings, petitioner's motion for expedited release, the Report and Recommendation of the Honorable Monica J. Benton, any objections thereto, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. No. 1) is DENIED.

(3) Petitioner's motion to compel (Dkt. No. 16) and petitioner's motion for expedited release (Dkt. No. 21) are DENIED.

(4) Petitioner's request for rulings (Dkt. No. 20) is STRICKEN as moot.

ORDER DENYING § 2255 MOTION

(5) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this 22nd day of January, 2007.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING § 2255 MOTION