UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONAS DAVID SMITH,

   Petitioner,

v.

UNITED STATES OF AMERICA,

   Respondent.

No. CV06-844RSL

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the Court on Petitioner Smith's (1) "Motion for Reconsideration; For New Trial; For Entry of Findings of Fact and Conclusions of Law; and Request for Dismissal of Indictment" (Dkt. #33), (2) "Supplement to Motion for Reconsideration; Motion for Judicial Notice of Certified Documents From National Archives" (Dkt #34), and (3) "Request To Correct the Record" (Dkt. #35).  Judgment was issued by the Court on January 22, 2007 (Dkt. #31).

The Court reads Smith's motions as motions for reconsideration of the Court's January 22, 2007 order adopting Judge's Benton's Report and Recommendation (Dkt. #31).  "Motions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence."  Local Rule CrR 12(c)(11)(A).  Petitioner has failed to demonstrate any manifest error in the Court's

ORDER DENYING MOTION
FOR RECONSIDERATION-1

1   prior ruling or to produce any new facts or legal authority that would change the Court's original
2   analysis.  As such, his motions for reconsideration (Dkt. #33) (Dkt. #34) (Dkt. #35) are denied.

4         DATED this 23rd day of April, 2007.

                                                 /s/ Robert S. Lasnik
                                         Robert S. Lasnik
                                         United States District Judge

28   ORDER DENYING MOTION
    FOR RECONSIDERATION-2