UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONAS DAVID SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. CV06-844RSL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on Petitioner Smith's "Motion for Reconsideration" (Dkt. #37). Smith asks the Court to reconsider its April 23, 2007 Order Denying Smith's original motions for reconsideration. As the Court noted in its April 23, 2007 Order, "[m]otions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Civil Rule 7(h)(1). Petitioner has failed to demonstrate any manifest error in the Court's prior ruling or to produce any new facts or legal authority that would change the Court's original analysis. As such, his motion for reconsideration (Dkt. #37) is denied.

DATED this 30th day of May, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge